

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 21  A 11: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | * | CIVIL ACTION |
| | * | NO. 00-121 |
| VERSUS | | |
| | * | JUDGE FALLON |
| LEONARD WALLACE WRIGHT, CAROLYN WRIGHT and SANDRA DIVELY | * | MAGISTRATE JUDGE 5 |

* * * * * * *

### AMENDED ORDER

Considering the foregoing prayer of Metropolitan Life Insurance Company in its Complaint for Interpleader;

**IT IS HEREBY ORDERED** that defendants, Leonard Wallace Wright, Carolyn Wright and Sandra Dively, interplead and settle among themselves their rights to the Benefits under policy no. 707 022 790 A covering the Insureds, with interest thereon;

**IT IS FURTHER ORDERED** that a preliminary Order of Injunction be entered enjoining or restraining defendants, Leonard Wallace Wright, Carolyn Wright and Sandra Dively, from instituting or prosecuting any suit or proceedings against Metropolitan Life Insurance Company in any state or federal court relating to policy no. 707 022 790 A; and

DATE OF ENTRY JAN 2 4 2000

Fee____
Process____
X Dktd____
____CtRmDep
Doc. No.____

**IT IS FURTHER ORDERED** that the Clerk of court deposit into the registry of the Court a check in the amount of $27,401.72 plus interest, representing the death benefits of policy no. 707 022 790 A, plus interest.

New Orleans, Louisiana, this ⎽20⎽ day of January, 2000.

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
**UNITED STATES DISTRICT JUDGE**