

COPY IN **CHAMBERS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 14 P 1: 54

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | * | CIVIL ACTION |
| | * | NO. 00-121 |
| VERSUS | | |
| | * | SECTION "L" |
| LEONARD WALLACE WRIGHT, CAROLYN WRIGHT and SANDRA DIVELY | * | MAGISTRATE JUDGE 5 |

* * * * * * * *

**MOTION FOR LEAVE TO**
**SUBSTITUTE AMENDED ORDER**

NOW INTO COURT, through undersigned counsel, comes defendant, Metropolitan Life Insurance Company ("MetLife"), and, upon suggesting to the Court that on January 12, 2000, MetLife filed into the record of these proceedings a Complaint for Interpleader Under 28 U.S.C. § 1335, ("Complaint") to which was attached an Order granting, *inter alia,* MetLife's request for an order directing the Clerk of Court to deposit into the registry of the Court a check representing the death benefits of policy no. 707 022 790 A, plus interest; that Plaintiff inadvertently neglected to state the principal amount to be deposited in to the Court and, therefore, MetLife moves this Court for leave to substitute the attached Amended Order to replace the Order filed with Plaintiff's

DATE OF ENTRY JAN 2 4 2000



Complaint for Interpleader Under 28 U.S.C. §1335, filed on January 12, 2000.

                                        Respectfully submitted,

                                        PREAUS, RODDY & KREBS, L.L.P.

                                        _____
                                        VIRGINIA N. RODDY, T.A. (11367)
                                        JENNIFER M. LAWRENCE (23829)
                                        650 Poydras Street, Suite 1650
                                        New Orleans, LA  70130-6114
                                        Telephone:  (504) 523-2111

                                        ATTORNEYS FOR METROPOLITAN LIFE
                                        INSURANCE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | * | CIVIL ACTION |
| | * | NO. 00-121 |
| VERSUS | * | SECTION "L" |
| LEONARD WALLACE WRIGHT, CAROLYN WRIGHT and SANDRA DIVELY | * | MAGISTRATE JUDGE 5 |

\* \* \* \* \* \* \* \*

### ORDER

The foregoing Motion considered, **IT IS ORDERED** that defendant, Metropolitan Life Insurance Company, be allowed to substitute the Amended Order attached to its Motion for Leave to Substitute Amended Order for the Order attached to the Complaint for Interpleader Under 28 U.S.C. §1335 filed on January 12, 2000.

New Orleans, Louisiana, this 10 day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE