MINUTE ENTRY
FALLON, J.
May 10, 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

METROPOLITAN LIFE INSURANCE CO.            CIVIL ACTION

VERSUS                                      NO. 00-121

LEONARD WALLACE WRIGHT, ET AL              SECTION: L

   A preliminary conference was held this date.

   Present: Virginia Roddy, Atty. For plaintiff

         Nita Gorrell, Atty. For Leonard Wright & Sandra Dively

         John Gallagher, Jr., Esq. For Carolyn Wright

   Plaintiff has deposited the insurance funds into the registry of the Court in this interpleader action. Counsel for plaintiff advised the Court that a Partial Consent Judgment will be filed within two weeks which will remove her client from the case. Within 60 days, the remaining parties will file appropriate motions.

DATE OF ENTRY
MAY 17 2000