RECEIVED
JUN - 5 2000
CHAMBERS OF
U.S. DISTRICT JUDGE
DON E. FALLON

COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2000 JUN -7  A 11: 32

LORETTA G. WHYTE

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-121 |
| LEONARD WALLACE WRIGHT, CAROLYN WRIGHT AND SANDRA DIVELY | * * | SECTION "L" MAGISTRATE JUDGE 5 |

\* \* \* \* \* \* \* \*

**PARTIAL CONSENT JUDGMENT**

This action was commenced by Metropolitan Life Insurance Company ("MetLife") as a Complaint for Interpleader Under 28 U.S.C. §1335 involving claims for death benefits allegedly due under a policy of insurance, no. 70 022 790 A, issued by MetLife, under which Howard Robert Wright (the "Insured") was the insured. Named defendants were Leonard Wallace Wright, son of the Insured; Carolyn Mclain Wright, widow of the Insured, and Sandra Dively ("Dively"), niece of the Insured. The Interpleader was commenced so that the Court might resolve the dispute among the defendants concerning the right to the death benefits of the policy at issue.

On January 24, 2000, MetLife deposited into the registry of the court the sum of $27,866.45, which represents death benefits due under MetLife policy no. 707 022 790 A, plus accrued interest.

Defendants answered the Complaint for Interpleader, asserting their respective rights to the funds on deposit.

DATE OF ENTRY
JUN 3 0 2000



The consent of Plaintiff, MetLife, and Defendants, Leonard Wallace Wright, Carolyn Mclain Wright, and Sandra Dively, appearing herein through undersigned counsel, being indicated, the Court directs entry of judgment as follows:

IT IS ORDERED, ADJUDGED AND DECREED that MetLife be, and it is hereby, discharged from any further liability under policy no. 707 022 790 A;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Injunction issued by this Court on January 20, 2000, enjoining and restraining the defendants, Leonard Wallace Wright, Carolyn Wright and Sandra Dively, from instituting or prosecuting any suit or proceedings against Metropolitan Life Insurance Company in any state or federal court relating to policy no. 707 022 790 A, be made permanent; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that MetLife is entitled to attorneys' fees and costs in the amount of $2,492.83, *with accrued interest,* said funds to be paid out of the funds on deposit in the registry of this Court; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that MetLife be, and it is hereby, dismissed from this action;

New Orleans, Louisiana, this 6 day of ~~May~~ June, 2000.

RECEIVED CHECK NO. 13429
IN THE AMOUNT OF $2,526.51
[signature] Pan Bruce
Preaus, Roddy & Kreb, LLP.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA

- 2 -