UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
SEP 14 2000
2000 SEP 14 PM 3: 41
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | * * * | CIVIL ACTION |
| | * | NO. 00-0121 |
| VERSUS | * * | SECTION " L " |
| LEONARD WALLACE WRIGHT, CAROLYN WRIGHT, and SANDRA DIVELY | * * * | MAGISTRATE " 5 " |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO PASS ON CALL DOCKET

NOW INTO COURT, through undersigned counsel, comes Defendant in Interpleader, Carolyn Wright, who requests that this Honorable Court pass this matter on the Call Docket, for sixty days. Mover intends to file a **Motion For Summary Judgment** after the completion of opposing counsel's taking of depositions on November 1, 2000.

Respectfully submitted,

DATE OF ENTRY
SEP 18 2000

_____
John M. Gallagher, Jr. (5883)
Attorney For Carolyn Wright
29th Floor-The Energy Centre
New Orleans, Louisiana 70163-2900
(504) 585-7725    Fax: 585-7740

LAW OFFICES OF
JOHN M GALLAGHER, JR
ATTORNEY AND
COUNSELOR AT LAW
29TH FLOOR
THE ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA
70163-2900



## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 12th day of September, 2000.

                                                                                    John M. Gallagher, Jr. (5883)

LAW OFFICES OF
JOHN M GALLAGHER, JR
ATTORNEY AND
COUNSELOR AT LAW
29TH FLOOR
THE ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA
70163-2900

UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | * * * | CIVIL ACTION |
| | * | NO. 00-0121 |
| VERSUS | * * | |
| | * | SECTION " L " |
| LEONARD WALLACE WRIGHT, CAROLYN WRIGHT, and SANDRA DIVELY | * * * * | MAGISTRATE " 5 " |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The above matter is hereby passed on the CALL DOCKET for sixty days.

ORDER signed at New Orleans, Louisiana, this 15 day of September, 2000.

_____
DISTRICT JUDGE