```
                                                   U. S. DISTRICT COURT
                                                   EASTERN DISTRICT OF LOUISIANA
MINUTE ENTRY                                       Filed   9-19-00
SEPTEMBER 13, 2000
FALLON, J.                                         LORETTA G. WHYTE
                                                           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                          SECTION: L
The following cases were called this date to show cause why they should not be dismissed.
After hearing, IT IS ORDERED that the said cases be disposed of as follows

| | | |
|---|---|---|
| 99-1162 | IN RE: CHEVRON USA, INC. | |
| ORDERED: | Passed 1 week to file a Motion to Dismiss 3rd Party Complaint and to Close for Administrative Purposes. | (John Peuler, Esq.) |
| 99-1790 | DAVIS OIL COMPANY V. GULF CANADA RESOURCES LTD.(c/w93-587) | |
| ORDERED: | Notice of Dismissal filed. | |
| 99-2066 | JOHNNY WAYNE WALKER V. NABORS OFFSHORE DRILLING, INC. | |
| ORDERED: | Issue Joined. | |
| 99-2297 | BETTY MANNING V. HOECHST MARION ROUSEL | (Betty Manning, pro se |
| ORDERED: | Passed 30 days for Atty Tilley to enroll. | & D. McKinney, Esq.) |
| 99-2937 | DEXTER STRAW V. WARNER CHILCOTT LABORATORIES, INC., ET AL | |
| ORDERED: | Passed 30 days. | (Thomas Gray, Esq.) |
| 99-3375 | MICHAEL B. BROUSSARD V. TRANSOCEAN OFFSHORE, INC., ET AL | |
| ORDERED: | Issue Joined. | |
| 99-3476 | SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL | |
| ORDERED: | Issue Joined | |
| 99-3734 | IRENE THOMASON, ET AL V. MEDICAL CENTER OF LOUISIANA, ETC. | |
| ORDERED: | Motion of Dismiss set 10-11-00. | |
| 00-121 | METROPOLITAN LIFE INS. CO. V. LEONARD WALLACE WRIGHT, ET AL | |
| ORDERED: | Passed 60 days. | |
| 00-159 | SHOBA KAILAS, ET AL V. TERRENCE A. BUTLER, ET AL | |
| ORDERED: | Defendant, Terrence Butler, is dismissed without prejudice. | |
| 00-238 | IN RE: WILSON MARINE TRANSPORTERS, INC. | |
| ORDERED: | Passed 60 days. | (Norman Anseman III, Esq.) |
| 00-805 | DEBRA SUSAN BRYANT, ET AL V. AETNA U.S. HEALTHCARE, ET AL | |
| ORDERED | Issue Joined. | |
| 00-1009 | MCI WORLDCOM COMMUNICATIONS V. AXIOM REHABILITATION | |
| ORDERED: | Issue Joined. | |
| 00-1217 | USA V. PATRICIA L. MITCHELL | |
| ORDERED: | Notice of Voluntary Dismissal filed. | |
| 00-1356 | FRANK E. GARNER V. ANDREA DALTON, ET AL | |
| ORDERED: | Issue Joined | |
| 00-1429 | ERIC STANBERRY V. T. PARKER, ET AL | |
| ORDERED: | Motion & Order to Pass for 30 days. | |

DATE OF ENTRY 9-19-00

```
___Fee_____
___Process__
 X  Dktd____
___CtRmDep__
___Doc.No.__
```

## CALL DOCKET - WEDNESDAY, SEPTEMBER 13, 2000, 9AM - SECTION L

00-1430     REGINALD MCCANN V. USA, ET AL
ORDERED:   Issue Joined
00-1531     LYDIA BERGERON, ET AL V. AMERADA HESS CORP.
ORDERED:   60 Day Dismissal.
00-1629     LARRY DIXON, JR. V. TOMMY LOUK, ET AL
ORDERED:   Passed 60 days.                    (Brett Prendergast, Esq.)
00-1701     MARY LEE ALEXANDER V. MAGNOLIA SCHOOL, INC., ET AL
ORDERED:   Joint Stipulation of Dismissal.

