U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Filed 2-5-01
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                          SECTION: L

You are hereby notified that the following cases in which issue is not joined, or in which there has been no action within the past 60 days, will be called on <u>WEDNESDAY, FEBRUARY 21, 2001, at 9:00 am, by JUDGE ELDON E. FALLON,</u> and if no good cause be shown for such inaction, they will be dismissed:

(00-121)  METROPOLITAN LIFE INS.CO. V. LEONARD WALLACE WRIGHT, ET AL
ORDERED: _____

00-456  ANDY CORBETT V. GEORGE LUND, ET AL
ORDERED: _____

00-1745  CURTIS ALLEN LADNER, ET AL V. ENERGY TRANSPORTATION CORP.
ORDERED: _____

00-1767  MYRA WOOD V. OCHSNER HEALTH PLAN, INC., ET AL
ORDERED: _____

00-2256  LEKISHA THOMPSON V. CITY OF NEW ORLEANS, ET AL
ORDERED: _____

00-2349  GILBERT G. WILLIAMS III V. CARDINAL SERVICES, INC., ET AL
ORDERED: _____

00-2477  TRACY TASSIN V. WAYNE L. JONES, SHERIFF, ET AL
ORDERED: _____

00-2547  ANGELA HILL V. EDEL CONSTRUCTION COMPANY, ET AL
ORDERED: _____

00-3044  CLAMEY LOMBES, JR. V. SEA OFFSHORE CORPORATION, ET AL
ORDERED: _____

00-3529  USA V. LARRY CALDWELL
ORDERED: _____

00-2908 I(L)  CHARLES HICKMAN III, ET AL V. MCKINNEY TOWING, INC., ET AL
ORDERED: _____

Gaylyn M. Lambert
Courtroom Deputy
504-589-7686

____ Fee
____ Process
_X_ Dktd
____ CtRmDep
____ Doc.No. 12