FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
APR 1 8 2001
2001 APR 18 AM 11: 45
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-121 |
| LEONARD WALLACE WRIGHT, ET AL. | * | SECTION "L" |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty day period the Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 18 day of April, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 1 9 2001